IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

ERIC SHAW                                                                                                    PLAINTIFF

v.                                          Civil No. 6:18-cv-6056

CITY OF MALVERN,
ARKANSAS, *et al.*                                                                                     DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed July 31, 2018, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. ECF No. 7. Judge Ford recommends that Plaintiff's Complaint be dismissed without prejudice. No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts the Report and Recommendation *in toto*. Accordingly, Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 21st day of August, 2018.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge